UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIANNE KANE | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | C.A. No. 1:18-CV-0465-WES |
| | : | |
| LIFE INSURANCE COMPANY | : | |
| OF NORTH AMERICA d/b/a | : | |
| CIGNA GROUP INSURANCE | : | |
| *Defendant* | : | |

## DISMISSAL STIPULATION

Plaintiff and Defendant agree that the Complaint may be dismissed with prejudice, no costs or fees awarded.

Respectfully Submitted:

| Plaintiff, | Defendant, |
|---|---|
| MARIANNE KANE | LIFE INSURANCE COMPANY OF |
| By her attorneys, | NORTH AMERICA |
| | By its attorney, |

/s/ Mason Waring
J. Scott Kilpatrick, Esq. (#4036)
jskilpatrick@cck-law.com
Mason J. Waring, Esq. (#7737)
mwaring@cck-law.com
Leah Small, Esq. (#9701)
lsmall@cck-law.com
Chisholm Chisholm & Kilpatrick LTD
One Turks Head Place - Suite 1100
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Fax

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq. (#3585)
Pierce Atwood, LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 (Fax)
bmagratten@pierceatwood.com

## Certificate of Service

      I, the undersigned, hereby certify that on the 16th day of November 2018, I electronically filed the within with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System.

/s/ Mason Waring